MYRA I. GILMAN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion denied, with ten dollars costs.

JOHN GANNON, Respondent, v. CASPER D. HULETT, Appellant.— Judgment and order affirmed, with costs. All concur, except Cochrane, P.- J., and Van Kirk, J., dissenting.

Before STATE INDUSTRIAL BOARD, Respondent. DENIS GOREY, Respondent, v. MORRIS KAHN and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ELIZABETH GORMAN, Respondent, v. NATIONAL ANILINE AND CHEMICAL COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK GOWASKI, Respondent, v. HOOKER ELECTROCHEMICAL COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that competent and material evidence, offered by the appellants, was excluded by the referee.   All concur.

Before STATE INDUSTRIAL BOARD, Respondent. TORQUATO GIORDANO, Respondent, v. MISS SPENCE'S SCHOOL, INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

MICHAEL GATTO, Appellant, v. THE AMERICAN RAILWAY EXPRESS COMPANY, Respondent.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. SALVATORE GERMANTAN, Respondent, v. AMERICAN RADIATOR COMPANY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the finding that the loss of use of seventy per cent of the right leg was direct result of the injuries which claimant sustained on August 31, 1922, is without any evidence to support it.   All concur.

CHARLES M. HOGAN, Appellant, v. PHILIP G. O'BRIEN, Respondent.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. BURTON HICKMAN, Respondent, v. GEORGE HICKMAN, SR., Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. DORA HOFFMAN, Respondent, v. CHANIN CONSTRUCTION COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MARGARET HOLLIDAY, Respondent, v. SHEFFIELD FARMS COMPANY, INC., Appellant.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the award rests on the uncorroborated hearsay statements of the deceased.   All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MARY HUGHES, Respondent, v. TRUSTEES OF ST. PATRICK'S CATHEDRAL and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to sustain the finding that the average weekly wage of the deceased was the sum of thirty-one dollars and fifty cents.   All concur.